UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MP LINE DE MEXICO,

    Plaintiff,

v.                        CASE NO: 8:06-cv-1849-T-26MAP

CARNIVAL SHIPPING,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Approve Fees Incident to Attachment (Dkt. 12) is denied without prejudice for failure to include in the motion a memorandum of legal authority in support of the relief requested as required by Local Rule 3.01(a).

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2006.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record